UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ORA GUY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNIFED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS, et al.,<br><br>    Defendants. | Case No. 23-2447-EFM-ADM |

## NOTICE AND ORDER TO SHOW CAUSE

To plaintiffs, by and through their counsel:

On October 2, 2023, plaintiffs filed this civil-rights case. (ECF 1.) Under Federal Rule of Civil Procedure 4(m), plaintiffs then had 90 days to serve summons on defendants. The rule provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m).

More than 90 days have passed since plaintiffs filed the complaint. The docket does not reflect that plaintiffs have served any defendant with a summons and a copy of the complaint. Accordingly, the court orders plaintiffs to show cause in writing by **January 23, 2024**, why the court should not recommend that the claims against defendants be dismissed without prejudice pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated January 9, 2024, at Kansas City, Kansas.

                                                      s/ Angel D. Mitchell
                                                    Angel D. Mitchell
                                                    U.S. Magistrate Judge