IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ORA GUY, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 23-2447-EFM |
| ) | |
| UNIFIED GOVERNMENT OF WYANDOTTE ) | |
| COUNTY AND KANSAS CITY, KANSAS, et al, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER OF DISMISSAL

The above case comes on for consideration by this Court on the Order to Show Cause filed on January 9, 2024 by Magistrate Judge Angel D. Mitchell (Doc. 4), for Plaintiffs, Ora Guy, Nicole Johnson, Charles Guy, Jr. and M.G. show cause why this action should not be dismissed for lack of prosecution under Fed. R. Civ. P. 4(m).  The Court instructed Plaintiffs to file their response on or before January 23, 2024.  There being no response filed with the Court, this case is dismissed.

**IT IS THEREFORE ORDERED** that Plaintiffs, having failed to Show Cause why this case should not be dismissed, as ordered by Magistrate Judge Mitchell, the Court adopts the recommendation of the Magistrate Judge, Doc. 4, and orders the case be **DISMISSED** without prejudice for lack of prosecution under Fed. R. Civ. P. 4(m).

This case is closed.

**IT IS SO ORDERED**.

Dated this 30th day of January, 2024, in Wichita, Kansas.

*Eric F. Melgren*
ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE