# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

ORA GUY, NICOLE JOHNSON,
CHARLES GUY, JR., and M.G.,

        **Plaintiffs,**

v.                                                                    Case No:   23-2447-EFM

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY and KANSAS CITY, KANSAS,
THOMAS SHEPHARD, JEFF YOUNG, (fnu)
DOE, and KARL OAKMAN,

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Order filed on January 30, 2024, Doc. 5, ruling on the Order to Show Cause, Doc. 4, the Court orders this case be dismissed without prejudice pursuant to Rule 4(m).

This case is closed.

 January 30, 2024                                          SKYLER O'HARA
    Date                                          CLERK OF THE DISTRICT COURT

                                                  by:  s/ Cindy McKee
                                                             Deputy Clerk